IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Laxton, Theresa A | Case Number: 07 B 23307 |
| Laxton, Donald R | Judge: Wedoff, Eugene R |
| Printed: 01/06/09 | Filed: 12/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 13, 2008
Confirmed: February 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,120.50 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,059.99 |
| Trustee Fee: | | 60.51 |
| Other Funds: | | 0.00 |
| Totals: | 1,120.50 | 1,120.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Tucker, Pavesich & Assoc Ltd | Administrative | 2,734.00 | 1,059.99 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 5. | American Home Mortgage Servicing | Secured | 21,936.55 | 0.00 |
| 6. | Illinois State Tollway | Unsecured | 10,483.20 | 0.00 |
| 7. | Dell Financial Services, Inc | Unsecured | 1,845.14 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 1,939.66 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 686.79 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 433.50 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 545.00 | 0.00 |
| 12. | Dell Financial Services, Inc | Unsecured | 1,861.98 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 477.69 | 0.00 |
| 14. | Keynote Consuling | Unsecured | | No Claim Filed |
| | | | $ 42,943.51 | $ 1,059.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 60.51 |
| | $ 60.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Laxton, Theresa A  
        Laxton, Donald R  
        Printed: 01/06/09

Case Number:  07 B 23307  
Judge:  Wedoff, Eugene R  
Filed:  12/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

